DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jose de Jesus De Alba-Casillas

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> JOSE DE JESUS DE ALBA-CASILLAS <br><br> *Defendant.* | No. 1:10-cr-00017 OWW <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING <br><br> DATE:  September 13, 2010 <br> TIME:   9:00 A.M. <br> JUDGE:  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for August 30, 2010, **may be continued to September 13, 2010 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court.  The parties have been in negotiations on a plea agreement and need some additional time to work out some of the details of the proposed agreement.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

//

//

|   |   |   |   |
|---|---|---|---|
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 26, 2010 |   | By: | /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: August 26, 2010 |   | By: | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE DE JESUS DE ALBA-CASILLAS |

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   August 26, 2010**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

Rincon-Quevedo
Stipulation and Order                    2